Entered: November 23rd, 2022
Signed: November 23rd, 2022

**SO ORDERED**

THE VIRTUAL HEARING SHALL BE HELD ON DECEMBER 1, 2022 AT 1:00 P.M..



*Nancy V. Alquist*
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **22–16256 – NVA**   Chapter: **13**

**John H. Boyd**
Debtor

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

The debtor having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

cc:  Debtor
     Attorney for Debtor – Kim D. Parker
     Case Trustee – Rebecca A. Herr
     All Creditors

**End of Order**

37x04 (rev. 01/26/2006) – MarkRybczynski